THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES W. EIDT, Respondent, *v.* JOHN F. HYLAN et al., Constituting the Board of Estimate and Apportionment of the City of New York, Appellants.

*New York city — when mandamus granted to compel board of estimate and apportionment to revise budget.*

*People ex rel. Eidt* v. *Hylan,* 199 App. Div. 965, affirmed.
(Argued January 10, 1922; decided January 24, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 20, 1921, which modified and affirmed as modified an order of Special Term granting a motion for a peremptory writ of mandamus to compel the board of estimate and apportionment of the city of New York to make and include in the city budget for the year 1922 a specific appropriation for police pensions, for the city employees' retirement system and for the teachers' retirement system; also motion to dismiss said appeal.

*John P. O'Brien, Corporation Counsel (William E. C. Mayer, John F. O'Brien and William J. Ahearn of counsel),* for appellants.

*Bernard S. Deutsch* for respondent.

Motion to dismiss appeal denied, without costs. Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.